(July 20, 1987)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. GILES WADE, Petitioner, v CARL D. BERRY, as Superintendent of Woodbourne Correctional Facility, et al., Respondents.—Application, pursuant to CPLR 7002 (b) (2), for writ of habeas corpus denied (see, People ex rel. Davis v Coombe, 97 AD2d 667). Kane, J. P., Main, Casey, Levine and Harvey, JJ., concur.